# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| INVENTUS POWER, INC., et al.,<br>    Plaintiff(s),<br>v.<br>SHENZHEN ACE BATTERY CO., LTD.,<br>    Defendant(s). | Case No.: 2:20-cv-02051-JAD-NJK<br><br>**ORDER**<br><br>[Docket No. 1] |

Pending before the Court is Plaintiffs' motion to transfer its motion to compel document production and deposition testimony from third party CBAK Energy Technology, Inc. ("CBAK") to the Northern District of Illinois. Docket No. 1.

In this District, civil actions "must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose." Local Rule IA 1-8. The subpoena in this action commands third party CBAK to appear for a deposition at the Regus Business Center in Reno, Nevada. *See* Docket No. 2-1 at 2.

Accordingly, it is hereby **ORDERED** that this action is transferred to the unofficial northern division of this District for all further proceedings. The Clerk's Office is **INSTRUCTED** to transfer and open this matter as a new action under a new docket number in the northern division and to close this case without prejudice.

IT IS SO ORDERED.

Dated: November 10, 2020

                                                Nancy J. Koppe
                                                United States Magistrate Judge